MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
(202) 353-7763 (fax)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1191-GW(KKx) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| 160.00 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | |
| BERNARDINO COUNTY, STATE ) | |
| OF CALIFORNIA; CONSTANCIO ) | |
| G. OROGO; UNKNOWN ) | |
| OWNERS; STATE OF ) | |
| CALIFORNIA; AND SAN ) | |
| BERNARDINO COUNTY TAX ) | Trial: November 9, 2017 |
| COLLECTOR, et al., ) | Time: 8:30 a.m. |
| ) | |
| Defendants. ) | The Honorable George H. Wu |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on

November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief

and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

1

Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

> fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding from the taking all interests in oil, gas, oil shale, coal, phosphate, sodium, gold, silver and all other mineral deposits which are outstanding in parties other than the surface owners, the appurtenant rights for the exploration, development and removal of said minerals, and the right of the people to fish as reserved in the patent from the State of California;

to the property legally described as follows ("Subject Property"):

> The Southeast ¼ of Section 16, Township 31 South, Range 46 East, Mount Diablo Base and Meridian, County of San Bernardino, State of California, according to the Official Plat thereof.
>
> Excepting all oil, gas, oil shale, coal, phosphate, sodium, gold silver and all other mineral deposits contained in said land, together with the right to drill for an extract such deposits of oil and gas, or gas, and to prospect for, mine, and remove such deposits of other minerals from said land, and to occupy and use so much of the surface of said land as may be required therefor, upon compliance with the conditions and subject to the provisions and limitations of Chapter 5, Part I, Division 6 of

the Public Resources Code, as reserved to the State of California by Patent dated August 7, 1953 and Recorded September 23, 1953 in book 3246, page 65 Official Records.

This Tract No. 313 is also known as Assessor's Parcel Number 0507-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, containing 160.00 acres, more or less;

2. The just compensation for the taking of the Subject Property is the sum of $200,000.00;

3. Prior to this action the Subject Property was owned by Julie Orogo Luna (aka Julie Luna Orogo), as to an undivided ¼ interest; and Fred J. Davidson (aka Fred J. Davison), a widower, James F. Davidson (aka James F. Davison) and Donna M. Davidson (aka Donna M. Davison), his wife, as their interests may appear of record, as to the remainder.

4. The Clerk of the Court shall pay seventy-five percent (75%) of the deposited funds ($150,000.00), plus 75% of any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

James F. Davidson, Fred J. Davidson and Donna M. Davidson
c/o James F. Davidson
5451 Twin Lakes Drive
Cypress, CA 90630

5. The Clerk of the Court shall pay twenty-five percent (25%) of the deposited funds ($50,000.00), plus 25% of any interest accrued thereon while

within the Registry of the Court, less any authorized fees or costs, to Julie Orogo, Luna:

        Julie Orogo Luna
        2104 Avila Place
        Oxnard CA, 93036

DATED: November 20, 2017         _____
                                            GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

\_/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611
Attorney for Plaintiff